# IN THE SUPREME COURT OF TEXAS

No. 20-0368

JLB BUILDERS, L.L.C., PETITIONER,

v.

JOSE HERNANDEZ, RESPONDENT

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record, briefs, and counsel's argument, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed;

2) Judgment is rendered that Jose Hernandez take nothing; and

3) JLB Builders, L.L.C. shall recover, and Jose Hernandez shall pay, the costs incurred in this Court and in the court of appeals.

Copies of this Court's judgment and opinion are certified to the Court of Appeals for the Fifth District and to the County Court of Dallas County, Texas, for observance.

Opinion of the Court delivered by Justice Lehrmann

May 7, 2021

**********